**KESSLER TOPAZ
   MELTZER & CHECK, LLP**
Eric L. Zagar (Bar No. 250519)
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail: ezagar@ktmc.com
E-mail: jmiller@ktmc.com

*Attorneys for Plaintiffs Carmen Di Giovanni
and Sharon A. Craig-Johnston*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN DI GIOVANNI, Derivatively on Behalf of Nominal Defendant BRIDGEPOINT EDUCATION, INC., <br><br>Plaintiff, <br><br>v. <br><br>ANDREW S. CLARK, RYAN CRAIG, DALE CRANDALL, MARYE ANNE FOX, PATRICK T. HACKETT, ROBERT HARTMAN, ADARSH SARMA, WARBURG PINCUS & CO., WARBURG PINCUS LLC, WARBURG PINCUS PARTNERS LLC and WARBURG PINCUS PRIVATE EQUITY VIII, L.P., <br><br>Defendants, <br><br>and <br><br>BRIDGEPOINT EDUCATION, INC., <br><br>Nominal Defendant. | Case No. 13-CV-2947-JM-WMC <br><br>**JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND SET BRIEFING SCHEDULE** |

*Caption continues on following page.*

| | |
|---|---|
| SHARON A. CRAIG-JOHNSTON, Derivatively on Behalf of Nominal Defendant BRIDGEPOINT EDUCATION, INC., | Case No. 13-CV-2950-JM-KSC |
| Plaintiff, | |
| v. | |
| ANDREW S. CLARK, RYAN CRAIG, DALE CRANDALL, MARYE ANNE FOX, PATRICK T. HACKETT, ROBERT HARTMAN, ADARSH SARMA, WARBURG PINCUS & CO., WARBURG PINCUS LLC, WARBURG PINCUS PARTNERS LLC and WARBURG PINCUS PRIVATE EQUITY VIII, L.P., | |
| Defendants, | |
| and | |
| BRIDGEPOINT EDUCATION, INC., | |
| Nominal Defendant. | |

Plaintiffs Carmen Di Giovanni and Sharon A. Craig-Johnston (together, "Plaintiffs"), defendants Andrew S. Clark, Ryan Craig, Dale Crandall, Marye Anne Fox, Robert Hartman, Patrick T. Hackett, Adarsh Sarma, Warburg Pincus Partners LLC, Warburg Pincus Private Equity VIII, LP, Warburg Pincus LLC and Warburg Pincus & Co. (together, "Defendants") and nominal defendant Bridgepoint Education, Inc. ("Bridgepoint" or the "Company") hereby jointly move the Court for an order in the form submitted herewith consolidating the related above-captioned derivative actions (the "Actions") and setting a briefing schedule on Defendants' and Bridgepoint's anticipated motions to dismiss. In support of this motion, Plaintiffs, Defendants and Bridgepoint state as follows:

On December 9, 2013, Plaintiffs commenced in this Court two related shareholder derivative actions on behalf of nominal defendant Bridgepoint and against the Defendants named therein. By order dated December 16, 2013, the action filed by Plaintiff Di Giovanni, Case No. 13CV2947, which was originally assigned to Judge Marilyn L. Huff, was reassigned to Judge Jeffrey T. Miller.

Each of the Actions alleges, among other things, that: (i) Bridgepoint's board of directors (the "Board") and controlling stockholders ("Warburg") breached their fiduciary duties to Bridgepoint and wasted corporate assets by causing the Company to conduct a self-tender offer (the "Tender Offer") at a market-premium price; (ii) the Tender Offer is not entirely fair to Bridgepoint and was initiated, structured, negotiated and timed for the benefit of Warburg and the Board members; and (iii) Warburg and the Board members will be unjustly enriched as a result of the Tender Offer.

Counsel for Defendants and Bridgepoint have accepted service of the complaints on behalf of Defendants and Bridgepoint. Pursuant to the waivers of service filed with the Court on January 10, 2014, defendants Andrew S. Clark, Ryan Craig, Dale Crandall, Marye Anne Fox, Robert Hartman and Bridgepoint are due to answer or otherwise respond to the complaints on February 10, 2014, and defendants Patrick T. Hackett, Adarsh Sarma, Warburg Pincus Partners LLC, Warburg Pincus Private Equity VIII, LP, Warburg Pincus LLC and Warburg Pincus & Co. are due to answer or otherwise respond to the complaints on February 14, 2014.

Rule 42(a) of the Federal Rules of Civil Procedure provides that the Court may consolidate actions that involve a common question of law or fact, and issue any other orders to avoid unnecessary cost or delay. *See* Fed. R. Civ. P. 42(a)(2) ("If actions before the court involve a common question of law or fact, the court may: … (2) consolidate the actions[.]").

Counsel for the parties have met and conferred regarding the Actions and agree that the Actions involve common questions of law and fact, as discussed above, and should be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a). Counsel for the parties have also met and conferred regarding Defendants' and Bridgepoint's anticipated motions to dismiss the Actions. The parties agree that these motions should be coordinated in order to ensure the efficient use of the parties' and the Court's resources, and have agreed to a schedule on such motions as follows:

1. Defendants and Bridgepoint shall file any motion(s) to dismiss the Complaint or otherwise respond to the Complaint on or before February 28, 2014;

2. Plaintiff shall file any opposition(s) to Defendants' and Bridgepoint's motion(s) to dismiss the Complaint on or before April 11, 2014; and

3. Defendants shall file any reply brief(s) in support of their motion(s) to dismiss on or before May 2, 2014.

Accordingly, for the reasons set forth herein, the parties respectfully request the Court enter the form of order submitted herewith consolidating the related above-captioned derivative actions and setting a briefing schedule on Defendants' and Bridgepoint's anticipated motions to dismiss.

| | | |
|---|---|---|
| 1 | Dated: January 21, 2014 | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| 2 | | |
| 3 | | |
| 4 | | /s/ Eric L. Zagar |
| | | Eric L. Zagar (Bar No. 250519) |
| 5 | | James H. Miller |
| | | 280 King of Prussia Road |
| 6 | | Radnor, PA 19087 |
| 7 | | Telephone: (610) 667-7706 |
| | | Facsimile: (610) 667-7056 |
| 8 | | E-mail: ezagar@ktmc.com |
| | | E-mail: jmiller@ktmc.com |
| 9 | | |
| | | *Attorneys for Plaintiffs Carmen Di Giovanni and Sharon A. Craig-Johnston* |
| 10 | | |
| 11 | Dated: January 21, 2014 | **WILSON SONSINI GOODRICH & ROSATI** |
| 12 | | |
| 13 | | /s/ Ignacio Salceda |
| | | Nina F. Locker |
| 14 | | Ignacio Salceda |
| | | 650 Page Mill Road |
| 15 | | Palo Alto, CA 94304 |
| 16 | | Telephone: (650) 493-9300 |
| | | Facsimile: (650) 493-6811 |
| 17 | | E-mail: isalceda@wsgr.com |
| | | E-mail: dgavril@wsgr.com |
| 18 | | *Attorneys for Nominal Defendant Bridgepoint Education, Inc., and Defendants Andrew S. Clark, Ryan Craig, Dale Crandall, Marye Anne Fox and Robert Hartman* |

| | | |
|---|---|---|
| 1 | Dated: January 21, 2014 | **STRADLING YOCCA CARLSON & RAUTH, P.C.** |
| 2 | | |
| 3 | | /s/ John Cannon |
| | | John Cannon |
| 4 | | 600 Newport Center Drive, Suite 1600 |
| | | Newport Beach, CA 92660 |
| 5 | | Telephone: (949) 725-4000 |
| | | Facsimile: (949) 725-4100 |
| 6 | | E-mail: jcannon@sycr.com |
| 7 | | Tariq Mundiya (*pro hac vice* forthcoming) |
| | | Sameer Advani (*pro hac vice* forthcoming) |
| 8 | | WILLKIE FARR & GALLAGHER, LLP |
| | | 787 Seventh Avenue |
| 9 | | New York, NY 10019 |
| | | Telephone: (212) 728-8000 |
| 10 | | Facsimile: (212) 728-8111 |
| | | E-mail: tmundiya@willkie.com |
| 11 | | E-mail: sadvani@willkie.com |
| 12 | | *Attorneys for Defendants Patrick T. Hackett,* |
| | | *Adarsh Sarma, Warburg Pincus Partners LLC,* |
| 13 | | *Warburg Pincus Private Equity VIII, LP,* |
| | | *Warburg Pincus LLC and Warburg Pincus &* |
| 14 | | *Co.* |