# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN DI GIOVANNI derivatively on behalf of Nominal Defendant BRIDGEPOINT EDUCATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW S. CLARK; RYAN CRAIG; DALE CRANDALL; MARYE ANNE FOX; PATRICK T. HACKETT; ROBERT HARTMAN; ADARSH SARMA; WARBURG PINCUS & CO.; WARBURG PINCUS PARTNERS LLC; WARBURG PINCUS LLC; WARBURG PINCUS PRIVATE EQUITY VIII, L.P.; and BRIDGEPOINT EDUCATION, INC., Nominal Defendant; <br><br> Defendants. | CASE NO. 13-cv-02947 JM (WMC) <br><br> ORDER DIRECTING PARTIES TO FILE A SUPPLEMENT TO THE JOINT MOTION TO CONSOLIDATE CASES AND SET BRIEFING SCHEDULE |

On January 21, 2014, the parties filed a joint motion to consolidate cases and set a briefing schedule for any motions to dismiss filed by Defendants. Dkt. No. 6. The joint motion seeks to consolidate this action with Case No. 13-cv-02950 JM (WMC) insomuch as the two shareholder derivative actions involve common questions of law and fact pertaining to the related securities class action, *In re: Bridgepoint Education, Inc. Securities Litigation*, 12-cv-01737. There is an

additional shareholder derivative action, *Cannon v. Clark, et al.*, 13-cv-02645 JM (WMC), related to the same underlying securities class action. The parties' joint motion does not refer to *Cannon*.

Accordingly, the court defers action on the request to consolidate and sets a briefing schedule pending further clarification from the parties. It appears from the proposed stipulation that the initial action, *Cannon*, has been excluded from consolidation, notwithstanding the current stay in that action. In light of this seeming exclusion, the parties are to advise the court in the form of a supplement to their stipulation as to why *Cannon* has not been included and what harm, if any, would result if *Cannon* were included. The parties' supplement shall be filed on or before February 14, 2014.

IT IS SO ORDERED.

DATED: February 3, 2014

_____
Hon. Jeffrey T. Miller
United States District Judge