# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN DI GIOVANNI *derivatively on behalf of Nominal Defendant* BRIDGEPOINT EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW S. CLARK; RYAN CRAIG; DALE CRANDALL; MARYE ANNE FOX; PATRICK T. HACKETT; ROBERT HARTMAN; ADARSH SARMA; WARBURG PINCUS & CO.; WARBURG PINCUS PARTNERS LLC; WARBURG PINCUS LLC; WARBURG PINCUS PRIVATE EQUITY VIII, L.P.; and BRIDGEPOINT EDUCATION, INC., *Nominal Defendant*; <br><br> Defendants. <br><br> SHARON A. CRAIG-JOHNSTON, *derivatively on behalf of Nominal Defendant Bridgepoint Education, Inc.*, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW S. CLARK; RYAN CRAIG; DALE CRANDALL; MARYE ANNE FOX; PATRICK T. HACKETT; ROBERT HARTMAN; ADARSH SARMA; WARBURG PINCUS & CO.; WARBURG PINCUS PARTNERS LLC; WARBURG PINCUS LLC; WARBURG PINCUS PRIVATE EQUITY VIII, L.P.; and BRIDGEPOINT EDUCATION, INC., *Nominal Defendant*; <br><br> Defendants. | CASE NOS. 13-cv-02947 JM (WMC) <br> 13-cv-02950 JM (KSC) <br><br> ORDER GRANTING JOINT MOTION TO CONSOLIDATED RELATED ACTIONS AND SET BRIEFING SCHEDULE |

Having considered the parties' Joint Motion to Consolidate Related Actions and Set Briefing Schedule (the "Joint Motion"), IT IS HEREBY ORDERED as follows:

1. All capitalized terms used herein shall have the same meaning as in the Joint Motion.

### Consolidation

2. The Actions appear to involve common questions of law and fact.

3. The Actions should be consolidated for all purposes pursuant to Rule 42(a).

4. Hereafter, papers need only be filed in Case No. 13-cv-2947-JM-WMC.

5. The consolidated case caption shall be: IN RE BRIDGEPOINT EDUCATION, INC. SHAREHOLDER DERIVATIVE LITIGATION, Case No. 13-CV-2947-JM-WMC.

6. The complaint filed in <u>Di Giovanni v. Clark, et al.</u>, Case No. 13-cv-2947-JM-WMC (S.D. Cal. Dec. 9, 2013) (the "Complaint"), shall be designated as the operative complaint in the consolidated action.

7. All documents previously served and filed in the Actions are deemed part of the record in the consolidated action.

### Scheduling

8. Prior to filing any motion(s) to dismiss the Complaint, the parties shall obtain a motion hearing date from chambers in accordance with Local Rules and chambers' rules.

9. Defendants and Bridgepoint shall file any motion(s) to dismiss the Complaint or otherwise respond to the Complaint on or before February 28, 2014;

9. Plaintiffs shall file any opposition(s) to Defendants' and Bridgepoint's motion(s) to dismiss the Complaint on or before April 11, 2014;

/ / /

/ / /

10. Defendants shall file any reply brief(s) in support of their motion(s) to dismiss on or before May 2, 2014.

IT IS SO ORDERED.

DATED: February 19, 2014

						_____
						Hon. Jeffrey T. Miller
						United States District Judge