NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
nlocker@wsgr.com
isalceda@wsgr.com
jostler@wsgr.com

Attorneys for Nominal Defendant
Bridgepoint Education, Inc., and
Defendants Andrew S. Clark, Ryan
Craig, Dale Crandall, Marye Anne
Fox, and Robert Hartman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| In re BRIDGEPOINT EDUCATION, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case Nos.: 13-CV-2947-JM-JLB<br>13-CV-2950-JM-JLB<br><br>**JOINT MOTION FOR ENTRY OF JUDGMENT**<br><br>Judge: Hon. Jeffrey T. Miller |

| | |
|---|---|
| 1 | WHEREAS, on October 17, 2014, the Court granted Defendants' motions to dismiss the above-captioned action ("Dismissal Order," Dkt. No. 32); |
| 2 | |
| 3 | WHEREAS, the Dismissal Order granted Plaintiffs twenty days from the entry of the Dismissal Order within which to file any amended complaint, i.e., on or before November 6, 2014; |
| 4 | |
| 5 | |
| 6 | WHEREAS, Plaintiffs did not file an amended complaint within the specified twenty-day period; |
| 7 | |
| 8 | WHEREAS, the parties have met and conferred and agreed jointly to request that the Court enter judgment in the above-captioned action; |
| 9 | |
| 10 | NOW, THEREFORE, Plaintiffs and Defendants, through their respective counsel listed below, jointly apply for an order dismissing the above-captioned action with prejudice and entering final judgment in favor of Defendants. *See* Fed. R. Civ. P. 58(d). A Proposed Order is submitted herewith. |

WHEREAS, on October 17, 2014, the Court granted Defendants' motions to dismiss the above-captioned action ("Dismissal Order," Dkt. No. 32);

WHEREAS, the Dismissal Order granted Plaintiffs twenty days from the entry of the Dismissal Order within which to file any amended complaint, i.e., on or before November 6, 2014;

WHEREAS, Plaintiffs did not file an amended complaint within the specified twenty-day period;

WHEREAS, the parties have met and conferred and agreed jointly to request that the Court enter judgment in the above-captioned action;

NOW, THEREFORE, Plaintiffs and Defendants, through their respective counsel listed below, jointly apply for an order dismissing the above-captioned action with prejudice and entering final judgment in favor of Defendants. *See* Fed. R. Civ. P. 58(d). A Proposed Order is submitted herewith.

Dated: November 10, 2014

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ Nina F. Locker

Nina F. Locker, State Bar No. 123838
Ignacio E. Salceda, State Bar No. 164017
Joni Ostler, State Bar No. 230009
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
nlocker@wsgr.com
isalceda@wsgr.com
jostler@wsgr.com

| | | |
|---|---|---|
| Dated: November 10, 2014 | | STRADLING YOCCA CARLSON & RAUTH, P.C. |
| | | s/ John Cannon |
| | | John Cannon, State Bar No. 149263<br>600 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660<br>Telephone: (949) 725-4000<br>Facsimile: (949) 725-4100<br>E-mail: jcannon@sycr.com |
| | | Tariq Mundiya (admitted *pro hac vice*)<br>Sameer Advani (admitted *pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>E-mail: tmundiya@willkie.com<br>E-mail: sadvani@willkie.com |
| | | *Attorneys for Defendants Patrick T. Hackett, Adarsh Sarma, Warburg Pincus Partners LLC, Warburg Pincus Private Equity VIII, L.P., Warburg Pincus LLC, and Warburg Pincus & Co.* |
| Dated: November 10, 2014 | | KESSLER TOPAZ MELTZER & CHECK, LLP |
| | | s/ Eric L. Zagar |
| | | Eric L. Zagar (Bar No. 250519)<br>James H. Miller<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>E-mail: ezagar@ktmc.com<br>E-mail: jmiller@ktmc.com |
| | | *Attorneys for Plaintiffs Carmen Di Giovanni and Sharon A. Craig-Johnston* |

**SIGNATURE ATTESTATION**

I, Nina F. Locker, attest that I obtained the concurrence of John Cannon and Eric L. Zagar in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct. Executed on November 10, 2014.

By:    s/ Nina F. Locker
            Nina F. Locker

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below, and I hereby certify that as of this date there were no non-CM/ECF participants listed on the Court's dockets who needed to receive manual service. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2014.

By:    s/ Nina F. Locker
        Nina F. Locker

Eric L. Zagar
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087
Email: ezagar@ktmc.com

John F Cannon
Stradling Yocca Carlson and Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6441
Email: jcannon@sycr.com

Sameer Advani
Tariq Mundiya
Willkie Farr and Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
Fax: (212) 728-8111
Email: sadvani@willkie.com
       tmundiya@willkie.com